UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE BOYD-PERRY,<br>    Plaintiff<br><br>v.<br><br>MARBLEHEAD PUBLIC SCHOOLS,<br>JOHN BUCKEY AND NAN MURPHY,<br>    Defendants | )<br>)<br>)<br>) Civil Action No. 1:24-CV-10606-IT<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND DEADLINE TO FILE OPPOSIITION TO DEFENDANTS JOHN BUCKEY AND ANAN MURPHY'S MOTION TO DISMISS**

The Plaintiff, Jasmine Boyd-Perry (the "Plaintiff"), hereby moves to extend the April 23, 2024 deadline to file an opposition to the Motion to Dismiss filed by Defendants Nan Murphy and John Buckey ("Defendants") by fourteen (14) days. As grounds for this motion, the Plaintiff states that due to her previously scheduled vacation and prior-scheduled litigation commitments in several other legal matters, Plaintiff's counsel requires additional time within which to prepare an appropriate response to the Defendants' motion on the Plaintiff's behalf. Furthermore, this Motion is ASSENTED-TO by Defendants' counsel.

WHEREFORE, the Plaintiff Jasmine Boyd-Perry respectfully requests that this Court allow her motion to extend.

1

                PLAINTIFF,
                By Her Attorney,


                /s/ Helen G. Litsas

                _____
                Helen G. Litsas
                Law Office of Helen G. Litsas
                22 Mill Street, Suite 408
                Arlington, MA  02476
Dated: April 22, 2024    helen@litaslaw.com
                617-596-5561

## **CERTIFICATE OF SERVICE**

      I, Helen G. Litsas, hereby certify that on April 22, 2024, I have caused a true and correct copy of the foregoing to be served via ECF filing:

                    Shane R. Goodrich (BBO #696656)
                    Catherine Scott, Esq. (BBO #691867)
                    MORGAN, BROWN & JOY, LLP
                    200 State Street, Suite 11A
                    Boston, MA 02109
                    (617) 523-6666
                    (617) 367-3125 (Fax)
                    sgoodrich@morganbrown.com
                    cscott@morganbrown.com

                    John Davis, Esq.
                    Pierce Davis & Perritano LLP
                    10 Post Office Square
                    Boston, MA 02109
                    jdavis@piercedavis.com


                    /s/ Helen G. Litsas
                    _____

                    Helen G. Litsas